77.23/ 376762

UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT

8/5/2011

---

In re:
CL TECH CORP.

    Debtor(s).

Case No. 07-33036 LMW

(CHAPTER 7)

---

## REPORT OF SMALL/UNCLAIMED DIVIDENDS

The undersigned trustee reports:

_____  The dividend(s) payable to the creditor(s) listed in Exhibit A hereto is (are) in an amount less than that Specified in Bankruptcy Rule 3010.

__X__   More than ninety (90) days have passed since the final distribution. I have made a reasonable effort to locate those creditors who did not cash their checks within 90 days or whose checks were returned undeliverable. The dividend(s) payable to the creditor(s) listed in Exhibit A hereto remain unclaimed.

Pursuant to Bankruptcy Rule 3010 or 3011, as applicable, and 11 U.S.C. §347(a), the undersigned trustee remits herewith a check in the total amount shown on Exhibit A for deposit into the United States Treasury, pursuant to chapter 129 of title 28.

DATED: July 30, 2011

RONALD I. CHORCHES, Trustee
449 SILAS DEANE HIGHWAY
WETHERSFIELD, CT 06109
(860) 563-3955

# EXHIBIT A

Case Name: CL TECH CORP.
Case Number: 07-33036

| Creditor Name and Address | Claim Number | Distrib. Amount | Small Dividend | Unclaimed Dividend |
|---|---|---|---|---|
| American Express Travel Related Servs c/o Beckett and Lee LLP POB 3001 Malvern, PA 19355 | 3 | 0.07 | | 0.07 |
| BRCT Inc 69 North Branford Road Branford, CT 06405 | 6 | 77.16 | | 77.16 |

TOTAL AMOUNT REMITTED TO CLERK: $ 77.23